# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

DONALD WISE

    VS                                      CASE NO.  3:08cv526-MCR/MD

UNITED FOOD AND COMMERCIAL
WORKERS UNION AND EMPLOYERS
HEALTH AND WELFARE FUND

## REFERRAL AND ORDER

Referred to Magistrate Judge Davis on    May 28, 2009
Type of Motion/Pleading: MOTION FOR PROTECTIVE ORDER AND SUPPORTING MEMORANDUM OF LAW
Filed by: PLAINTIFF         on 5/28/09      Document    19
( )   Stipulated/Consented/Joint Pleading
RESPONSES:
                                        on _____   Doc.# _____
                                        on _____   Doc.# _____
                                        WILLIAM M. McCOOL, CLERK OF COURT

                                        */s/Donna Bajzik*
                                        Deputy Clerk: Donna Bajzik

## ORDER

Upon consideration of the foregoing, it is ORDERED this 28th day of May, 2009, that:

(a)   The requested relief is DEFERRED.
(b)   Defendant shall file its response to the motion no later than 12:00 noon on Friday, May 29, 2009, and explain why it believes it is necessary to take the depositions of the plaintiffs.
(c)   By that same date and time, plaintiffs will explain why they waited until the last possible moment to file their motion.

                                            /s/ *Miles Davis*

                                            MILES DAVIS
                                            UNITED STATES MAGISTRATE JUDGE