UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DONALD WISE

    VS                                           CASE NO.  3:08cv526-MCR/MD

UNITED FOOD AND COMMERCIAL
WORKERS UNION AND EMPLOYERS
HEALTH AND WELFARE FUND

**REFERRAL AND ORDER**

Referred to Magistrate Judge Davis on   May 28, 2009
Type of Motion/Pleading: MOTION FOR PROTECTIVE ORDER AND SUPPORTING MEMORANDUM OF LAW
Filed by: PLAINTIFF    on 5/28/09    Document  19
( )  Stipulated/Consented/Joint Pleading
RESPONSES:
                                         on _____  Doc.# _____
                                         on _____  Doc.# _____
                                         WILLIAM M. McCOOL, CLERK OF COURT

                                         */s/Donna Bajzik*
                                         Deputy Clerk: Donna Bajzik

**ORDER**

Upon consideration of the foregoing, it is ORDERED this 29TH day of May, 2009, that:

(a)   The requested relief is DENIED.

(b)   Plaintiff's claim depends in large part on his proving that the defendant had "constructive knowledge" of and "reason to believe" certain facts concerning his wife's insurance situation, and therefore waived its right to demand recoupment, matters entirely outside the administrative record, and therefore subject to discovery.  Fundamentally this is a breach of contract case.  By the plain language of the complaint, it is not a challenge to a decision by the administrator on whether to pay benefits.

                                        /s/ *Miles Davis*
                                        MILES DAVIS
                                        UNITED STATES MAGISTRATE JUDGE